

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

*ROBERT FRAZER*
*UNITED STATES ATTORNEY*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      *main:  (973) 645-2700*
*Newark, NJ 07102*                 *direct: (973) 645-2761*
*Margaret.ann.mahoney@usdoj.gov*

August 10, 2026

**Via Electronic Filing**
Hon. Madeline C. Arleo, U.S.D.J.
Martin Luther King, Jr. Federal Building & Court House
50 Walnut Street
Newark, New Jersey 08101

> **Re:**   *Eduafo v. Wilson, et al.,* **No. 26-09983 (MCA)**
> **Update Regarding Petitioner's Transfer & Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter.  We respectfully write to notify the Court that according to U.S. Immigration and Customs Enforcement ("ICE") records, on August 7, 2026, Petitioner was transferred from the Delaney Hall Detention Facility in Newark, New Jersey at 9:55 a.m., prior to the Court's order prohibiting transfer, which issued on August 7, 2026, at 10:03 a.m. Later that same day, Petitioner was booked into the Metropolitan Detention Center ("MDC") in Brooklyn, New York, at 10:30 a.m. Respondents do not contend that this transfer divests the Court of jurisdiction.

We also respectfully write to report that ICE informed this Office that Petitioner was released from custody on August 8, 2026, at 2:33 p.m. under the same conditions that existed prior to detention.  ICE further advised this Office that, to the best of its knowledge, Petitioner's property has been returned to Petitioner. ICE will verify whether any property remains outstanding and, if so, will make arrangements to locate and return it to Petitioner. If ICE subsequently informs us that any property is lost or not returned, we will meet and confer with Petitioner's counsel on how to resolve the issue without the need for judicial intervention.  If attempts to meet and confer fail, we will promptly file a letter on the docket.

Respondents apologize to the Court and Petitioner for this late release. On August 7, 2026, at 10:03 a.m., the Court entered an order requiring Petitioner's release within 24 hours unless certain exceptions applied. *See* ECF No. 2.  Upon receipt, this Office promptly conveyed the order to ICE.  However, ICE released Petitioner at 2:33 p.m., four and a half hours after the 24-hour deadline.

We therefore respectfully request that the Court close this case and lift all temporary restraints.  We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:  */s/ Margaret Ann Mahoney*
MARGARET ANN MAHONEY
Assistant United States Attorney
*Attorneys for Respondent*

cc:    Counsel of record (via ECF)

Case shall be closed.
SO ORDERED

      *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  8/12/26

2